■ JOSEPH W. ERLWEIN, Respondent, v. EDWARD VON GERICHTEN, Appellant, et al., Defendants.— In an action to foreclose tax liens on certain real property, the appeal is from an order denying appellant's motion to vacate an ex parte order of discontinuance as to specified parcels of said real property. Order affirmed, with $10 costs and disbursements. (*Erlwein* v. *Von Gerichten,* 7 A D 2d 650; *Nosrep Corp.* v. *Clinton Securities Corp.,* 193 App. Div. 878;

*Chapman* v. *Wolf*, 89 App. Div. 563.) Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ., concur.